IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN SHOMO,<br>    Plaintiff, | : | CIVIL ACTION |
| vs. | : | |
| | : | NO. 15-1108 |
| CAROLYN COLVIN,<br>Acting Commissioner of<br>Social Security,<br>    Defendant. | : | |

**ORDER**

AND NOW, this 27 day of Oct, 2016, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED; and

3. this matter is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

_____
BERLE M. SCHILLER,           J.